IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GALAXY GAMING OF OREGON, LLC, a New Mexico limited liability company; GALAXY GAMING, LLC, a Nevada limited liability company; GALAXY GAMING, INC., a Nevada Corporation, et al.; GALAXY GAMING OF ARIZONA, LLC, a New Mexico limited liability company; GALAXY GAMING OF BRITISH COLUMBIA, LLC, a New Mexico limited liability company; GALAXY GAMING OF CALIFORNIA, LLC, a New Mexico limited liability company; GALAXY GAMING OF CONNECTICUT, LLC, a New Mexico limited liability company; GALAXY GAMING OF ILLINOIS, LLC, a New Mexico limited liability company; GALAXY GAMING OF INDIANA, LLC, a New Mexico limited liability company; GALAXY GAMING OF IOWA, LLC, a New Mexico limited liability company; GALAXY GAMING OF KANSAS, LLC, a New Mexico limited liability company; GALAXY GAMING OF MANITOBA, LLC, a New Mexico limited liability company; GALAXY GAMING OF MICHIGAN, LLC, a New Mexico limited liability company; GALAXY GAMING OF MISSISSIPPI, LLC, a New Mexico limited liability company; GALAXY GAMING OF MISSOURI, LLC, a New Mexico limited liability company; GALAXY | Civil No. 07-1275-AA<br><br>ORDER |

Page 1 - ORDER

GAMING OF NEVADA, LLC, a Nevada
limited liability company; GALAXY
GAMING OF NEW JERSEY, LLC, a New
Mexico limited liability company; GALAXY
GAMING OF NEW YORK, LLC, a New
Mexico limited liability company; GALAXY
GAMING OF NORTH DAKOTA, LLC, a
New Mexico limited liability company;
GALAXY GAMING OF NOVA SCOTIA,
LLC, a New Mexico limited liability
company; GALAXY GAMING OF
OKLAHOMA, LLC, a New Mexico limited
liability company; GALAXY GAMING OF
ONTARIO, LLC, a New Mexico limited
liability company; GALAXY GAMING OF
SOUTH DAKOTA, LLC, a New Mexico
limited liability company; GALAXY
GAMING OF WASHINGTON, LLC, a New
Mexico limited liability company; GALAXY
GAMING OF WISCONSIN, LLC, a New
Mexico limited liability company;
ROCKLAND RIDGE CORPORATION, a
Nevada corporation; ALAMEDA
ENTERPRISES, LLC, a New Mexico limited
liability company; PRIMETIME PLAYER
MANAGEMENT, LLC, a Florida limited
liability company; ROBERT B. SAUCIER;
THE ALIXANDRA SAUCIER
REGULATORY TRUST, a Nevada
spendthrift trust; JEFFERY J. WHITEHEAD,
AS TRUSTEE OF THE ALIXANDRA
SAUCIER REGULATORY TRUST; and
ALIXANDRA J. SAUCIER,

        Plaintiffs,

  vs.

CHARLES BURDICK, ALFRED C. BATHKE,
and DOES I-C,

        Defendants.

AIKEN, Judge:

    This court earlier granted in part and denied in part

Page 2 - ORDER

defendants' motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiffs now move to dismiss this case pursuant to Fed. R. Civ. P. 41(a)(2). Specifically, plaintiffs request the court dismiss all federal claims with prejudice and decline to exercise supplemental jurisdiction and dismiss all state law claims without prejudice. Defendants do not object to dismissal of the federal claims with prejudice however they do object to this court declining to exercise jurisdiction and dismissing the state law claims without prejudice.

    Based on the Opinion and Order filed March 17, 2008 (doc. 25), plaintiffs' motion to dismiss pursuant to Fed. R. Civ. P. 41 (doc. 79) is granted as follows:  plaintiffs' federal claims are dismissed with prejudice; and plaintiffs' state law claims are dismissed without prejudice. Further, all pending motions, including doc. nos. 50, 57, 59 and 61, are denied as moot.
IT IS SO ORDERED.

    Dated this  29  day of January 2009.


                                /s/ Ann Aiken
                                  Ann Aiken
                          United States District Judge